# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:05CR212-1

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| LISA FAITH DAVIS ) | |

**THIS MATTER** is before the Court on the Defendant's motion for a modification of her presentence report filed November 20, 2006.

Defendant asks the Court to remove the three-point enhancement imposed pursuant to U.S.S.G. § 2B3.1(b)(2)(E) for the use of a firearm in furtherance of the bank robbery charged in the indictment. There is no statutory authority or case law (nor does the Defendant cite any such authority) that allows a district court to "modify" a presentence report once a sentence has been imposed.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for modification of her presentence report is **DENIED**.

2

Signed: November 27, 2006

Lacy H. Thornburg
United States District Judge